**Original Filed 1/30/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WADE ROBERTSON,<br><br>            Plaintiff,<br><br>    v.<br><br>SHIRAZ QADRI, AVENIR RESTAURANT GROUP, INC. and GREG ST. CLAIRE,<br><br>            Defendants. | Case Number C 06-04624 JF<br><br>ORDER[1] DENYING MOTION TO ENLARGE TIME AND CHANGE HEARING DATE WITHOUT PREJUDICE<br><br>[re: docket no. 56] |

Plaintiff Wade Robertson, proceeding *pro se*, moves to enlarge time and change hearing date of Defendants' motion to dismiss. The Court has reviewed the papers filed by the parties. The motion will be denied without prejudice because of Plaintiff's delay in seeking relief and his failure to explain adequately the reason for his request. If Plaintiff wishes to renew his motion, he should inform the Court of the specific nature of the conflict upon which his request is based and the reason for his failure to seek relief earlier.

IT IS SO ORDERED.

---

[1] This disposition is not designated for publication and may not be cited.

1 | DATED: January 30, 2007

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-04624 JF
ORDER DENYING MOTION TO ENLARGE TIME AND CHANGE HEARING DATE WITHOUT PREJUDICE
(JFLC1)

1  This Order has been served upon the following persons:

2  Patrick C. Kerwin & Leslie Mark Gammill
3  Kerwin & Kerwin, LLP
   968 Woodside Rd.
4  P.O. Box 610148
   Redwood City, CA 94061
5

6  Wade Robertson
   P.O. Box 20185
7  Stanford, CA 94309

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28