NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WADE ROBERTSON, | No. C06-04624 JF (HRL) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE** |
| v. | |
| SHIRAZ QADRI, AVENIR RESTAURANT GROUP, INC. and GREG ST. CLAIRE, | [Re: Docket No. 59] |
| Defendants. | |

Pro se plaintiff Wade Robertson moves for an order continuing the February 6, 2007 hearing on defendants' motion for protective order. Defendants oppose the motion. Upon consideration of the papers filed by the parties, and for the reasons stated below, the motion is GRANTED.

Defendants acknowledge that they unilaterally selected the February 6, 2007 hearing date (contrary to this division's Standing Order Regarding Case Management in Civil Cases), and this court does not condone the failure to comply with applicable rules and orders. However, defendants' discovery motion apparently was filed and served well in advance of the noticed hearing; and plaintiff has not convincingly demonstrated why he could not have sought the requested relief earlier. Moreover, plaintiff's anticipated discovery motions have yet to be filed, and the record presented suggests that he has perhaps not been as diligent as he should have been as to certain discovery issues which he apparently plans to raise before this court.

1  Nevertheless, insofar as plaintiff represents that he will file, no later than February 6, 2007,
2  several discovery motions concerning the same depositions that are at issue in defendants'
3  motion for protective order, this court believes that it will be more fair and efficient to hear both
4  sides' motions at the same time.  Although defendants contend that their discovery motion is
5  purely procedural, the resolution of the parties' dispute will undoubtedly involve consideration
6  of factual circumstances surrounding the subject depositions.  In any event, this court finds that
7  defendants will not be seriously prejudiced (if at all) by a continuance.  Accordingly, IT IS
8  ORDERED THAT:

9      1.    The February 6, 2007 hearing on defendants' discovery motion is VACATED.
10     2.    The hearings on defendants' motion for protective order and on plaintiff's
11 promised discovery motions are set for **March 20, 2007, 10:00 a.m. in Courtroom 2**.  Briefing
12 on defendants' discovery motion is complete.  Briefing on plaintiff's discovery motions shall
13 proceed in accordance with the court's Civil Local Rules.
14 Dated:    January 31, 2007

                                         HOWARD R. LLOYD
                                         UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**A copy of this order will be mailed to:**

Wade Robertson
Post Office Box 20185
Stanford, CA 94309

    Pro Se Plaintiff

Patrick C. Kerwin
Kerwin & Kerwin, LLP
968 Woodside Road
P.O. Box 610148
Redwood City, CA 94061-0148

    Counsel for Defendant

Dated:  1/31/07  _____/s/_____
                        Chambers of Magistrate Judge Lloyd