**E-Filed 5/31/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| WADE ROBERTSON,<br><br>          Plaintiff,<br><br>     v.<br><br>SHIRAZ QADRI, AVENIR RESTAURANT GROUP, INC. and GREG ST. CLAIRE,<br><br>          Defendants. | Case Number C 06-04624 JF<br><br>ORDER[1] CONTINUING HEARING<br><br>[re: docket no. 123] |

Defendants move to continue the hearing date of Plaintiff's motion for sanctions and motion for stay, or in the alternative, motion for protective order from the currently scheduled date of June 8, 2007 to July 20, 2007, so that those motions may be heard simultaneously with Defendants' motion to dismiss for lack of subject matter jurisdiction.  That motion shall be granted.

Defendants also move to require Plaintiff to provide complete contact information.  The Court will hear argument on that motion on July 20, 2007.  Plaintiff may present any argument on that motion at the hearing or in a written response not to exceed three pages.  Until that

---

[1] This disposition is not designated for publication and may not be cited.

1  motion is resolved, Defendants shall continue to use their best efforts to serve and communicate
2  with Plaintiff in a timely manner.  The Court recognizes their concern that Plaintiff may construe
3  any delay caused by communications difficulties as a lack of cooperation.  However, the Court
4  concludes that appropriate record-keeping will allow Defendants to demonstrate their good-faith
5  efforts to serve and communicate with Plaintiff in the period before the motion hearing.

6      The Case Management Conference currently scheduled on June 8, 2007, is rescheduled to
7  July 20, 2007.

9  IT IS SO ORDERED.

11 DATED: May 31, 2007

                    _____
                    JEREMY FOGEL
                    United States District Judge

Case No. C 06-04624 JF
ORDER CONTINUING HEARING
(JFLC1)

This Order has been served upon the following persons:

Patrick Cannon Kerwin         pkerwin@msn.com, jmbattorney@yahoo.com

Notice will be delivered by other means to:

Leslie Mark Gammill
Kerwin & Kerwin, LLP
968 Woodside Road
P.O. Box 610148
Redwood City, CA 94061-0148

Wade Robertson
Post Office Box 20185
Stanford, CA 94309

3

Case No. C 06-04624 JF
ORDER CONTINUING HEARING
(JFLC1)