*E-FILED: 6/1/2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WADE ROBERTSON, | No. C06-04624 JF (HRL) |
| Plaintiff, | **ORDER RE DEPOSITION OF DEFENDANT QADRI** |
| v. | |
| SHIRAZ QADRI, AVENIR RESTAURANT GROUP, INC. and GREG ST. CLAIRE, | [Re: Docket No. 137] |
| Defendants. | |

On April 20, 2007, this court issued an order in which it agreed to supervise the remainder of defendant Qadri's deposition. Pursuant to that order, plaintiff requests that the deposition proceed on June 8, 2007. Defendants argue that the deposition should not be re-scheduled until after written rulings are issued on several motions which are set for hearing before the District Court on July 20, 2007. (Reportedly, plaintiff is moving for sanctions of default judgment and to stay the instant action; defendants are moving to dismiss for lack of jurisdiction.)

Given the apparently dispositive nature of one or more of those pending motions, this court agrees that it is reasonable and prudent to wait until they are resolved before Qadri's deposition is resumed. Accordingly, Qadri's deposition will not proceed on June 8, 2007. After the court rules on the parties' pending motions, and assuming that this case proceeds beyond those motions, the parties shall meet/confer and then contact this court's chambers with

1  proposed mutually agreeable dates/times for the resumption of Qadri's deposition.

2      IT IS SO ORDERED.

3  Dated:    June 1, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**5:06-cv-4624 This document will be electronically mailed to:**

Patrick Cannon Kerwin pkerwin@msn.com, jmbattorney@yahoo.com

**Counsel are responsible for delivering a copy of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**A copy of this document will be mailed to:**

Wade Robertson
Post Office Box 20185
Stanford, CA 94309