**E-Filed 7/20/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WADE ROBERTSON, <br><br> Plaintiff, <br><br> v. <br><br> SHIRAZ QADRI, AVENIR RESTAURANT GROUP, INC. and GREG ST. CLAIRE, <br><br> Defendants. | Case Number C 06-04624 JF <br><br> ORDER[1] DEFERRING MOTIONS, IMPOSING PARTIAL STAY ON DISCOVERY, AND SETTING BRIEFING SCHEDULE |

On July 20, 2007, the Court held a hearing on the following five motions: (1) Defendants' motion to dismiss for lack of subject matter jurisdiction; (2) Defendants' motion to require complete contact information from Plaintiff; (3) Plaintiff's motion for sanctions of default judgment and attorney discipline;[2] (4) Plaintiff's motion to stay the action, or, in the alternative,

---

[1] This disposition is not designated for publication and may not be cited.

[2] Multiple motions for sanctions have been filed in this action. This motion pertains to alleged misconduct in the correction of deposition transcripts and in communication between counsel for Defendants and state prosecutors.

Case No. C 06-04624 JF
ORDER DEFERRING MOTIONS, IMPOSING PARTIAL STAY ON DISCOVERY, AND SETTING BRIEFING SCHEDULE
(JFLC1)

for a protective order; and (5) Plaintiff's motion for leave to file a fourth amended complaint.

Plaintiff agreed at the hearing to provide an email address by which he may be served by Defendants and at which he may be contacted. Accordingly, Plaintiff shall provide such an email address to the Court and to counsel for the Defendants within ten days of the date of this order. Plaintiff shall register this email address with the Court's online docketing system so that any orders filed by the Court are sent to that address automatically. Accordingly, Defendants' motion to require complete contact information will be terminated as moot. To the extent that Plaintiff requests sanctions in his briefing of this motion, that request is deferred.

The Court will hear argument on Plaintiff's renewed motion for leave to amend to add a federal civil rights claim on September 14, 2007, at 9.00 a.m. The briefing of the motion shall comply with the standard schedule provided for by the local rules. Plaintiff shall include a copy of the proposed amended pleading with his moving papers.

In light of the forthcoming motion for leave to amend and in the interest of judicial economy, Defendants' motion to dismiss for lack of subject matter jurisdiction and Plaintiff's motion for sanctions of default judgment and attorney discipline will be deferred.

Plaintiff's motion for a stay will be granted in part and denied in part without prejudice. The Court hereby stays discovery propounded by Defendants that seeks to elicit testimony by Plaintiff, whether oral or written, that would implicate Plaintiff's constitutional rights in the ongoing prosecution in state court. Discovery otherwise may proceed. The Court notes that Plaintiff's right to this stay is not absolute and that the stay is not permanent. Accordingly, at the hearing on September 14, 2007, the parties should be prepared to update the Court on the status of discovery and of the state court prosecution.

The Court has received Plaintiff's motion that seeks sanctions on the basis that Defendants violated the local rules by submitting the first five digits of Plaintiff's social security number, rather than the last four digits, in an exhibit to a recent filing. The Court concludes that it should not impose sanctions for this conduct. Defendants shall take appropriate steps to remove the offending information from the public record. Defendants shall replace the exhibit at

1  issue with a version that includes an entirely-redacted social security number.  In all future
2  filings, Defendants shall redact Plaintiff's entire social security number.  Should it be imperative
3  that the unredacted social security number be included in a future filing, Defendants shall move
4  to file that document under seal.

6  IT IS SO ORDERED.

8  DATED: July 20, 2007

    _____
    JEREMY FOGEL
    United States District Judge

3

Case No. C 06-04624 JF
ORDER DEFERRING MOTIONS, IMPOSING PARTIAL STAY ON DISCOVERY, AND SETTING BRIEFING SCHEDULE
(JFLC1)

1  This Order has been served upon the following persons:

2  Patrick Cannon Kerwin           pkerwin@msn.com, jmbattorney@yahoo.com

3  Notice will be delivered by other means to:

4

5  Wade Robertson
   Post Office Box 20185
6  Stanford, CA 94309

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Case No. C 06-04624 JF
ORDER DEFERRING MOTIONS, IMPOSING PARTIAL STAY ON DISCOVERY, AND SETTING BRIEFING SCHEDULE
(JFLC1)