***E-FILED: 10/3/2007*** 

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WADE ROBERTSON, | No. C06-04624 JF (HRL) |
| Plaintiff,<br>v. | **ORDER GRANTING DEFENDANTS' REQUEST TO CONTINUE OCTOBER 9, 2007 MOTION HEARINGS** |
| SHIRAZ QADRI, AVENIR RESTAURANT GROUP, INC. and GREG ST. CLAIRE, | [Re: Docket No. 260] |
| Defendants. | |

Defendants move to continue the October 9, 2007 motion hearings on the parties' several discovery motions. Plaintiff does not object to continuing the motion hearings on defendants' discovery motion and motion for sanctions. However, he opposes the request to continue the hearing on his motion for protective order. Alternatively, he requests that if this court is inclined to continue the hearings on all pending discovery motions, then it should also stay *all* discovery, including all third-party depositions. Upon consideration of the moving and responding papers, this court grants defendants' request for a continuance.

Plaintiff's motion for protective order seeks relief primarily as to the conduct of his own deposition. In his opposition to the instant request for a continuance, plaintiff complains of conduct pertaining to third-party depositions which was not squarely raised before this court on his motion for protective order. In any event, the only third-party deposition plaintiff complains about evidently took place last month; and, plaintiff points to no third-party depositions that are

1  scheduled to proceed in the near future.  Moreover, plaintiff acknowledges that, pursuant to the
2  District Court's July 20, 2007 order, defendants are permitted to proceed with third-party
3  discovery at this time.  Accordingly, IT IS ORDERED THAT the motion hearings on (1)
4  defendants' motion to compel, (2) defendants' motion for sanctions and (3) plaintiff's motion
5  for protective order are **continued to November 6, 2007, 10:00 a.m. in Courtroom 2**.

7  Dated:    October 3, 2007

   _____
   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

**5:06-cv-4624 Notice electronically mailed to:**

A. Leslie Mark Gammill  lmg@kerwinlaw.com

Timothy Gray  cjung@nassiri-jung.com

Charles Hyunchul Jung  cjung@nassiri-jung.com

Patrick Cannon Kerwin  pck@kerwinlaw.com

Wade Anthony Robertson  c0604624@yahoo.com

**Counsel are responsible for delivering a copy of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.