\*\*E-filed 11/13/07\*\*

1  PATRICK C. KERWIN (SBN 129886)
   KERWIN, KERWIN & GAMMILL, LLP
2  968 WOODSIDE RD.
   P.O. BOX 610148
3  REDWOOD CITY, CA 94061-0148

4  Telephone: (650) 366-8060
   Facsimile:  (650) 366-4214
5
   Attorneys for Defendants
6  SHIRAZ QADRI, AVENIR RESTAURANT
   GROUP, INC. and GREG ST. CLAIRE
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12                                          CASE NO. C06-04624 JF
13  WADE ROBERTSON,
                                            **SUBSTITUTION OF ATTORNEY**
14         Plaintiff,                         AND ORDER

15  vs.

16  SHIRAZ QADRI, AVENIR RESTAURANT
    GROUP, INC. and GREG ST. CLAIRE,
17
           Defendants.
18

19       THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

20       Defendants SHIRAZ QADRI, AVENIR RESTAURANT GROUP, INC. and GREG ST.

21  CLAIRE, substitute Peter Dixon and Shannon White and the law offices of Lewis, Brisbois,

22  Bisgaard & Smith, LLC, whose address and telephone number are One Sansome Street, Suite

23  1400, San Francisco, California 94104, (415) 362-2580, for Patrick C. Kerwin and the law

24  offices of Kerwin, Kerwin & Gammill, LLP as their attorneys of record.

25  //

26  //

27

28  SUBSTITUTION OF ATTORNEY                              CASE NO. C06-04624
                                                              PAGE 1           1

We consent to this Substitution.

Dated: October 8, 2007

                                                   _____
SHIRAZ QADRI

_____
GREG ST. CLAIRE

AVENIR RESTAURANT GROUP, INC.

_____
GREG ST. CLAIRE
Its: President

KERWIN, KERWIN & GAMMILL, LLC

_____
By: PATRICK C. KERWIN

LEWIS, BRISBOIS, BISGAARD & SMITH, LLC

_____
By: SHANNON WHITE

1

2  October __, 2007                    LEWIS, BRISBOIS, BISGAARD & SMITH, LLC

3

4

5                                      _____
6                                      By: PETER DIXON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | We consent to this Substitution.

3 | Dated: October 8, 2007

_____
SHIRAZ QADRI

_____
GREG ST. CLAIRE

AVENIR RESTAURANT GROUP, INC.

_____
GREG ST. CLAIRE
Its: President

KERWIN, KERWIN & GAMMILL, LLC

_____
By: PATRICK C. KERWIN

LEWIS, BRISBOIS, BISGAARD & SMITH, LLC

_____
By: SHANNON WHITE

SUBSTITUTION OF ATTORNEY

CASE NO. C06-04624
PAGE 2

2

1

2    October 11, 2007                                    LEWIS, BRISBOIS, BISGAARD &
                                                         SMITH, LLC
3

4

5                                                        _____
                                                         By: PETER DIXON
6

7

8       11/13/07   IT IS SO ORDERED.

                                                         Judge Jeremy Fogel, US District Court
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   SUBSTITUTION OF ATTORNEY                                          CASE NO. C06-04624
                                                                                  PAGE 3          3

# PROOF OF SERVICE

## ROBERTSON V. QADRI

United States District Court, Northern District, S.J. Division, Case No. C06-04624 JF

I, Patrick C. Kerwin, declare under penalty of perjury that the following facts are true and correct.

I am over the age of 18 years, and not a party to, or interested in the within entitled action. I am employed in the County of San Mateo, my business address is 968 Woodside Road, Redwood City, California, 94061.

On October 17, 2007, I served the within:

**SUBSTITUTION OF ATTORNEY**

on all interested parties in said cause, by delivering a true and correct copy as follows:

[ ]     (**By Mail**) I placed a true correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I deposited said envelope in the United States Mail at Redwood City, California.

[ ]     (**By Airborne Express**) I sent a true correct copy thereof enclosed in a sealed envelope to be delivered to Airborne Express for overnight courier service to the office(s) of the address(s).

[ ]     (**By Facsimile**) I sent a true copy thereof via telephone facsimile to the following numbers(s) and a hard copy to follow by mail: 888 364-3330.

[X]     (**By E-mail**) I sent a true copy thereof via electronic mail to the following electronic mail address:   c0604624@yahoo.com

Each envelope (if applicable) was addressed as follows:

Wade Robertson
P.O. Box 20185
Stanford, CA 94309

Executed on October 17, 2007, in Redwood City, California.

_____
Patrick C. Kerwin

PROOF OF SERVICE                                                                                    CASE NO. C 06-04624 JF